In the matter of ELIHU H. COOLEY and others, charged with contempt.

[Decided October 15th, 1928.]

On appeal from a decree of the court of chancery.

*Mr. Earl A. Merrill,* for the appellant.

*Mr. Harry Lane,* for the respondent.

PER CURIAM.

The decree appealed from will be affirmed, for the reasons stated in the opinion filed in the court below by Vice-Chancellor Buchanan, and reported in *95 N. J. Eq. 485*.

*For affirmance*—THE CHIEF-JUSTICE, PARKER, MINTURN, KALISCH, BLACK, KATZENBACH, CAMPBELL, LLOYD, VAN BUSKIRK, McGLENNON, KAYS, HETFIELD, DEAR, JJ.   13.

*For reversal*—None.